UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARRIN LAPINE,

               Plaintiff,              Case No. 1:19-cv-120

v.                                     Honorable Paul L. Maloney

ROBERT LINCOLN et al.,

               Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:      April 29, 2019           /s/ Paul L. Maloney
                                          Paul L. Maloney
                                        United States District Judge