UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DARRIN LAPINE,

        Plaintiff,               Case No. 1:19-cv-120

v.                                    Honorable Paul L. Maloney

ROBERT LINCOLN et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:  August 10, 2021                /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge